### PROVIDENCE STEEL & IRON CO., INC.

v.

### Ronald A. FLAMMAND d/b/a et al.

### No. 79–246–A.

Supreme Court of Rhode Island.

Jan. 17, 1980.

Abedon & Visconti Ltd., Girard R. Visconti, Providence, for plaintiff.

Cappalli, Greco & Ialongo, Richard A. Cappalli, Cranston, for defendants.

### ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for Wednesday, March 5, 1980 at 9:30 a. m. for oral argument.

DORIS, J., did not participate.

■

### Jacento ROSA et al.

v.

### John OLIVEIRA.

### No. 76–323–A.

Supreme Court of Rhode Island.

Jan. 17, 1980.

Gerard McG. DeCelles, Providence, for plaintiffs.

John Oliveira, pro se.

### ORDER

The defendant's motion for recusation as prayed is denied on the basis of the doctrine of necessity and on the further grounds that Associate Justices Weisberger and Murray did not participate at the Superior Court level in any of the issues which are presently before this court. The defendant's motion to appear and show cause and his motion to supplement the record are denied. The plaintiff's motion to affirm is denied.

BEVILACQUA, C. J., and DORIS, J., did not participate.

■

### STATE

v.

### Joseph E. ROQUE.

### No. 79–444–M.P.

Supreme Court of Rhode Island.

Jan. 17, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., Chief, Appellate Division, for plaintiff-respondent.

Lynch & Coleman, John D. Lynch, Warwick, for defendant-petitioner.

### ORDER

The petition for writ of certiorari is denied.

DORIS, J., did not participate.